## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON DOYLE PINKSTON-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 02-CV-1031-JPG |
| | ) |
| DONALD SNYDER, et al., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that Count II of plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is enter in favor of defendants Donald Snyder, Jonathon Walls, B. Spiller and Lieutenant Wilson and against plaintiff, Aaron Doyle Pinkston-El, on Pinkston-El's First Amendment and Equal Protection claims (Count I) . These claims are hereby **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Pinkson-El's state law claims (Counts III, IV and V) are hereby **DISMISSED** for want of jurisdiction.

**DATED: May 9, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
           **J. PHIL GILBERT**
           **U.S. District Judge**