## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON DOYLE PINKSTON-EL,                )
                                        )
     Plaintiff,                           )
                                        )
     v.                                   )          Case No. 02-CV-1031-JPG
                                        )
DONALD SNYDER, et al.,                  )
                                        )
     Defendants.                          )

### ORDER

**GILBERT, District Judge:**

       This matter is before the Court on Plaintiff's Motion to Vacate the Court's Order Adopting the Report and Recommendation (Doc. 48).  In his motion, plaintiff claims he did not receive notice of Judge Proud's Report and Recommendation (Doc. 45).  Plaintiff supports this contention by directing the Court to the fact that he          responded to Defendants' summary judgment motion, though not compelled to do so.  There is nothing in the record which suggest that the Court should not take Plaintiff at his word in this instance.  Accordingly, the Court **VACATES** its order adopting Judge Proud's Report and Recommendation (Doc. 46) and the accompanying judgment (Doc. 47).  The Court will give Plaintiff an additional ten days to object to Judge Proud's Report and Recommendation.  If Plaintiff fails to object within the time allotted, the Court will reinstate its order and judgment.

       **IT IS SO ORDERED.**

       **DATED: June 5, 2006.**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **U.S. District Judge**