**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AARON DOYLE PINKSTON-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 02-CV-1031-JPG |
| | ) | |
| DONALD SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This matter having come before the Court upon a motion for summary judgment, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Christopher Reed is **DISMISSED, WITHOUT PREJUDICE**, as a plaintiff in this case; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of defendants Donald Snyder, Jonathan Walls, Martin B. Spiller and Andrew Wilson on Aaron Doyle Pinkston-El's First Amendment and equal protection claims, which are hereby **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Aaron Doyle Pinkston-El's remaining state law claims are **DISMISSED FOR LACK OF JURISDICTION**.

**DATED: August 17, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert                **
              **J. PHIL GILBERT**
              **U.S. District Judge**

1